UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI HOLLINGSWORTH, | No. 2:12-cv-01579-MCE-CMK |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| LOWE'S HIW, INC. and ROYCE McGRAW, | |
| Defendants. | |
| _____/ | |
| MIGUEL AVILA, | No. 2:13-cv-01081-WBS-CMK |
| Plaintiff, | |
| v. | |
| LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., | |
| Defendant. | |
| _____/ | |
| ANTHONY GEORGE, | No. 2:13-cv-01082-TLN-CMK |
| Plaintiff, | |
| v. | |
| LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., | |
| Defendant. | |
| _____/ | |

1

1         The Court has received the Notice of Related Case filed on
2    June 3, 2013.
3         Examination of the above-entitled civil actions reveals that
4    these actions are related within the meaning of Local Rule 123(a)
5    (E.D. Cal. 1997).  The actions involve many of the same
6    defendants and are based on the same or similar claims, the same
7    property transaction or event, similar questions of fact and the
8    same questions of law, and would therefore entail a substantial
9    duplication of labor if heard by different judges.  Accordingly,
10   the assignment of the matters to the same judge is likely to
11   effect a substantial savings of judicial effort and is also
12   likely to be convenient for the parties.
13        The parties should be aware that relating the cases under
14   Local Rule 123 merely has the result that all three actions are
15   assigned to the same judge; no consolidation of the action is
16   effected.  Under the regular practice of this court, related
17   cases are generally assigned to the district judge and magistrate
18   judge to whom the first filed action was assigned.
19        IT IS THEREFORE ORDERED that the actions denominated 2:13-
20   cv-01081-WBS-CMK, Miguel Avila v. Lowe's Home Improvement
21   Warehouse, Inc. and 2:13-cv-01082-TLN-CMK, Anthony George v.
22   Lowe's Home Improvement Warehouse, Inc. are reassigned to Chief
23   Judge Morrison C. England, Jr. for all further proceedings, and
24   any dates currently set in these reassigned cases only are hereby
25   VACATED.  The Clerk of the Court is to issue an Order Requiring
26   Joint Status Report.  Henceforth, the caption on documents filed
27   in the reassigned cases shall be shown as 2:13-cv-01081-MCE-CMK
28   and 2:13-cv-01082-MCE-CMK.

1  IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4  IT IS SO ORDERED.

Date: June 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT