ILIJA CVETICH (SBN 133534)
LAW OFFICES OF ILIJA CVETICH
3465 American River Drive, Suite B
Sacramento, CA 95864
Telephone: 916 • 488 • 1930
Facsimile: 916 • 488 • 1939
ic@iclawoffices.com

Attorneys for Plaintiff
MIGUEL AVILA

HUNTON & WILLIAMS LLP
M. BRETT BURNS (SBN 256965)
SUSAN S. JOO (SBN 260369)
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
mbrettburns@hunton.com
sjoo@hunton.com

Attorneys for Defendant
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL AVILA, an individual | Case No.:  2:13-CV-01081-MCE-CMK |
| Plaintiff, | |
| | Judge:  Hon. Morrison C. England, Jr. |
| v. | |
| | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., DOES 1 TO 100, | |
| Defendants. | |

*Hunton & Williams LLP*
*575 Market Street, Suite 3700*
*San Francisco, California 94105*

Pursuant to stipulation by the parties and good cause appearing therefor, the Court HEREBY ENTERS the parties' JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE, DISMISSES Plaintiff Miguel Avila's Complaint with prejudice, with each party to bear its own fees and costs, and DISMISSES as moot Defendant Lowe's HIW, Inc.'s motion for summary judgment or, alternatively, partial summary judgment and request for attorneys' fees.

**IT IS SO ORDERED.**

**Dated:  November 18, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071